January 14, 2014



# JUDGMENT

# 𝕿𝖍𝖊 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

RODNEY BRAND CRAWFORD, Appellant

NO. 14-13-00470-CR            V.
NO. 14-13-00471-CR
NO. 14-13-00472-CR

THE STATE OF TEXAS, Appellee

_____

       This cause was heard on the transcript of the record of the court below. Having considered the record, this Court holds that there was no error in the judgment. The Court orders the judgment **AFFIRMED**.

       We further order this decision certified below for observance.